Charles JONES, a/k/a Nicholas Warner Jones, Plaintiff–Appellant,

v.

Jack KAVANAUGH, Deputy, Maryland Department of Corrections Commissioner; Peguese James, Current Managing Warden, Defendants–Appellees.

No. 03–7030.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 30, 2003.

Decided Oct. 8, 2003.

Charles Jones, Appellant Pro Se. Glenn William Bell, Joseph Francis Curran, Jr., Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Charles Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Kavanaugh,* No. CA–02–3002–RDB (D. Md. filed June 11, 2003; entered June 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*